

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00119-CR

**MAXEY KENNETH LOVELL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 14-02819-CRF-272

# ORDER

This appeal was abated on July 9, 2015 because no appellant's brief had been filed. Appellant has now filed a motion to vacate the abatement order and motion for extension of time to file appellant's brief.

This appeal is reinstated. Appellant's motion to vacate is granted in part. The abatement order of July 9, 2015 is withdrawn. Appellant's motion for extension of time to file appellant's brief is granted. Appellant's brief is due August 10, 2015.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal reinstated
Motion to vacate granted in part
Motion to extend time granted
Order issued and filed July 16, 2015

